IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIAN GARCIA BAUTISTA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PIZZETTI 824, INC., ET AL. )<br>)<br>Defendants. )<br>) | CASE NO. 1:14-CV-01793-RC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiff's dismissal of this action against all Defendants with prejudice, each side to bear its own costs and attorneys' fees.

DATED: November 18, 2014

**LAW OFFICES OF JUSTIN ZELIKOVITZ**

/s/
Justin Zelikovitz, Esq. [986001]
519 H Street N.W., Second Floor
Washington, D.C. 20001
T: (202) 803-6083
justin@dcwagelaw.com
Attorney for Plaintiff

**THE VERITAS LAW FIRM**

/s/
Stephen J. Whelan, Esq. [1010351]
1225 19th Street N.W., Suite 320
Washington, D.C. 20036
T: (202) 686-7600
swhelan@theveritaslawfirm.com
Attorney for Defendants